UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 04-20305-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

OSCAR TORRES,
   Defendant.
_____/

FILED by _____ D.C.
OCT - 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION TO VACATE FINE IMPOSED OR IN THE ALTERNATIVE FOR THE COURT TO SET A SCHEDULE OF PAYMENTS

THIS CAUSE came before the Court upon Defendant's Motion for Reconsideration of Defendant's Motion to Vacate Fine Imposed or in the Alternative for the Court to Set a Schedule of Payments (**D.E. No. 179**), filed on **August 14, 2006**. The Court has carefully considered this motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Motion for Reconsideration of Defendant's Motion to Vacate Fine Imposed or in the Alternative for the Court to Set a Schedule of Payments (**D.E. No. 179**) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of October, 2006.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record